# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-7032**                                     **September Term, 2015**

**1:13-cv-01138-KBJ**

**Filed On: March 22, 2016** [1605081]

Fiberlight, LLC,

        Appellant

    v.

National Railroad Passenger Corporation,
doing business as Amtrak and TW Telecom
of DC LLC,

        Appellees

**O R D E R**

Upon consideration of the joint motion for extension of time to file the briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | March 23, 2016 |
| Appendix | March 23, 2016 |
| Appellees' Brief | April 15, 2016 |
| Appellant's Reply Brief | April 29, 2016 |

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                              BY:    /s/
                                         Michael C. McGrail
                                         Deputy Clerk